**Order filed August 12, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-12-00604-CR
_____

**DANNY THOMAS JONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Co Crim Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1769291**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **State's Exhibit Number 2 and State's Exhibit Number 3.**

The clerk of the Co Crim Ct at Law No 4 is directed to deliver to the Clerk of this court the original of State's Exhibit Number 2 and State's Exhibit Number 3, on or before **August 22, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Exhibit Number 2 and State's Exhibit Number 3, to the clerk of the Co Crim Ct at Law No 4.

PER CURIAM